UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Theodore Justice, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Dr. Timothy Farley, ) | 5:11-CV-706-BR |
| Mary Watson, ) | |
| Joe L. Webster, ) | |
| Amy Miller, ) | |
| Kathy Twisdale, ) | |
| Robynn Williams, ) | |
| James E. Cross, Jr. ) | |
| Dale W. Hensley, ) | |
| Betty E. Levy, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss is GRANTED, all other motions pending before the court in the above-captioned action are DENIED AS MOOT, and the action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment in favor of defendants and close the case.

**This judgment filed and entered on May 17, 2012, and served on:**

Kenneth A. Soo (Via CM/ECF Notice of Electronic Filing)
Laura Ellen Crumpler (Via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. (Via CM/ECF Notice of Electronic Filing)
Theodore Justice (Via US Mail at PO Box 232, Ridgeway, NC 27570)

May 17, 2012                                /s/   Julie A. Richards,
                                                  Clerk of Court